**1**

**THAMES TOWBOAT COMPANY, Libelant Appellee, v. James FIELDS, Respondent Appellee and Andrew W. Mellon, Director General of Railroads, as Agent, under Section 206 of the Transportation Act of 1920, Respondent Impleaded Appellant.**

Circuit Court of Appeals, Second Circuit. April 9, 1928.

No. 220.

Appeal from the District Court of the United States for the Southern District of New York.

Macklin, Brown, Lenahan & Speer, of New York City (Horace L. Cheyney, of New York City, of counsel), for Director General.

Leo J. Curren, of New York City (Frank H. Foley, of New York City, of counsel), for James Fields.

Park, Mattison & Lynch, of New York City (Samuel Park and Anthony V. Lynch, Jr., both of New York City, of counsel), for libelant appellee.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decree (287 F. 155) affirmed.

**2**

**Jack TURNER, Plaintiff in Error, v. UNITED STATES, Defendant in Error.**

Circuit Court of Appeals, Fourth Circuit. April 23, 1928.

No. 2696.

In Error to the District Court of the United States for the Western District of Virginia, at Danville; Henry Clay McDowell, Judge.

Hugh T. Williams and John W. Carter, Jr., all of Danville, Va., for plaintiff in error.

J. C. Shaffer, U. S. Atty., of Roanoke, Va., and C. E. Gentry, Asst. U. S. Atty., of Charlottesville, Va.

Before WADDILL and NORTHCOTT, Circuit Judges, and McCLINTIC, District Judge.

PER CURIAM. This case is ruled by that of Dodson v. United States, 23 F.(2d)

401, which was decided by this court, and hence the government confesses error, and consents to the reversal of the case. It is accordingly ordered, for the reasons stated, that the case be reversed and remanded to the District Court, with directions to award a new trial therein.

Reversed.

**3**

**UNION TRANSIT LINE, Appellant, v. George A. HENSHAW et al., Receivers.**

Circuit Court of Appeals, Eighth Circuit. March 6, 1928.

No. 7530.

Appeal from the District Court of the United States for the Western District of Oklahoma.

Warren K. Snyder and Edward C. Snyder, both of Oklahoma City, Okl., for appellant.

J. B. Dudley and Kent W. Shartel, both of Oklahoma City, Okl., for appellees.

PER CURIAM. Affirmed, with costs, per stipulation and decree in No. 7529, People's Transit Co. v. George A. Henshaw et al., opinion reported in 20 F.(2d) 87.

**4**

**H. WATKINS, Appellant, v. Hugh BURCH.**

Circuit Court of Appeals, Eighth Circuit, March 30, 1928.

No. 7684.

Appeal from the District Court of the United States for the Western District of Arkansas.

L. B. Smead, H. P. Smead, and Robert C. Knox, both of El Dorado, Ark., for appellant.

W. T. Saye, J. K. Mahony, J. N. Saye, and H. S. Yocum, all of El Dorado, Ark., for appellee.

PER CURIAM. Appeal dismissed, with costs, per stipulation of parties.